

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

MRM
F. #2001R02268

*610 Federal Plaza
Central Islip, New York 11722*

February 20, 2020

<u>By Hand and ECF</u>

Honorable Joanna Seybert
United States District Judge
United States District Court
Eastern District of New York
1030 Federal Plaza
Central Islip, New York 11722

      Re:   <u>United States v. Storage Room Numbers, et al.
              Criminal No. 01-MJ-1728 (JS)</u>

Dear Judge Seybert:

      The government writes to request an extension of the government's time to respond to the unsealing motion filed by Khalid Awan ("Awan"), regarding above-captioned matter, which is presently due on February 28, 2020. The government requires additional time to obtain necessary documents and complete its response to Awan's motion. The government has not made a prior request for an extension of time.

      The sealed search warrant which Awan's motion seeks to unseal was originally issued and sealed in the fall of 2001, almost two decades ago. The related criminal prosecution of Awan, which occurred before the Court, was completed in 2006. See <u>United States v. Hussain, et al.</u>, 10-CR-1328 (JS). In that matter, Awan pled guilty to a superseding information charging Awan with Access Device Fraud. This Court sentenced Awan to 60 months' imprisonment. Thereafter, Awan was prosecuted and convicted of, *inter alia*, Providing Material Support to Terrorism and was subsequently sentenced to a term of imprisonment of 168 months. See <u>United States v. Awan</u>, 06-CR-154 (ARR). Indeed, due to the age of the document which Awan seeks to unseal, the government will need to request the closed prosecution files from an off-site location in order to review a copy of the warrant. This process may take several weeks. Accordingly, the government is seeking an adjournment to allow for time to obtain and review a copy of the warrant.

      Further, the government respectfully requests that the Court order that the clerk's office provide a copy of the sealed warrant to the government. This may allow the government to obtain a copy of the warrant more quickly.

Accordingly, because the requested relief does not prejudice Awan in any way and will allow the government to expeditiously review the warrant and prepare its response to Awan's motion, the government respectfully requests an additional 90 days to respond to Awan's motion and that the Court direct the clerk's office provide a copy of the warrant to the government.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: /s/ Michael R. Maffei
Michael R. Maffei
Assistant U.S. Attorney
(631) 715-7890

cc: Khalid Awan (by mail)
305 Saguenay Avenue
Apartment 2
Oshawa, Ontario L1J2M9, Canada

Applications GRANTED. Government response due 5/28/2020. Reply due 6/11/2020. The Clerk of Court shall provide the requested sealed document [1] to the Government.

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: 2/21/2020
Central Islip, NY

The Clerk of Court shall mail a copy of this order to Mr. Awan.

2